UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:                                      Case No. 09-23507-dob

    Paris Evon Dozier

            Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Thomas McDonald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/29/2009.

2) The plan was confirmed on 11/20/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/24/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 02/20/2013.

6) Number of months from filing to last payment: 40.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $11,875.32.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Receipts:** | | | | | | |
| Total paid by or on behalf of the debtor | | | $31,536.82 | | | |
| Less amount refunded to debtor | | | $266.00 | | | |
| **NET RECEIPTS:** | | | | | | **$31,270.82** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Expenses of Administration:** | | | | | | |
| Attorney's Fees Paid Through the Plan | | | $6,091.42 | | | |
| Court Costs | | | $0.00 | | | |
| Trustee Expenses & Compensation | | | $1,337.11 | | | |
| Other | | | $0.00 | | | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | | | | | **$7,428.53** |
| Attorney fees paid and disclosed by debtor: | | | $0.00 | | | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Account Services Collections | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advanced Diagnostic Imaging | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| All Seasons Skin & Surgery | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Anderson Eye Assoc. LLP | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| ASG | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BMG Music Service | Unsecured | 316.70 | NA | NA | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | 1,342.24 | 1,347.10 | 1,347.10 | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | 800.00 | 819.76 | 819.76 | 0.00 | 0.00 |
| CBC Credit Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHECK & GO | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Covenant Healthcare | Unsecured | 130.17 | NA | NA | 0.00 | 0.00 |
| Credit Services of Michigan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding LLC-EFT | Unsecured | 667.08 | 703.70 | 703.70 | 0.00 | 0.00 |
| Hyundai Motor Finaance | Secured | 14,597.60 | 10,425.00 | 7,225.00 | 1,178.62 | 1,443.58 |
| Hyundai Motor Finaance | Secured | 0.00 | 3,200.00 | 3,200.00 | 3,200.00 | 195.70 |
| Independent Bank | Unsecured | 939.32 | NA | NA | 0.00 | 0.00 |
| Medley Larkin DO | Unsecured | 31.06 | NA | NA | 0.00 | 0.00 |
| MI Department of Treasury | Unsecured | 35,365.91 | 29,404.75 | 29,404.75 | 0.00 | 0.00 |
| MMCC | Unsecured | 299.15 | 336.21 | 336.21 | 0.00 | 0.00 |
| MMCC | Unsecured | 0.00 | 70.00 | 70.00 | 0.00 | 0.00 |
| MMCC | Unsecured | 0.00 | 96.00 | 96.00 | 0.00 | 0.00 |
| PICI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Financial Group | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| RS Medical | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| Russell Collection Agency | Unsecured | 223.00 | 430.26 | 430.26 | 0.00 | 0.00 |
| Saginaw County Treasurer | Secured | 735.59 | 791.20 | 791.20 | 105.95 | 346.46 |
| Saginaw County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Saginaw County Treasurer | Secured | 1,111.67 | 1,111.67 | 1,111.67 | 148.87 | 490.76 |
| Soaring Eagle Casino | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Social Security Administration | Unsecured | 26,553.00 | 79,811.50 | 79,811.50 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| SOCIAL SECURITY ADMINSTRATION | Priority | 53,258.50 | NA | NA | 0.00 | 0.00 |
| SST Card Services | Unsecured | 1,586.30 | NA | NA | 0.00 | 0.00 |
| St Mary's Hospital | Unsecured | 13,691.42 | NA | NA | 0.00 | 0.00 |
| SUNLIFE ASSURANCE CO | Unsecured | 1,093.58 | NA | NA | 0.00 | 0.00 |
| Synergy | Unsecured | 55.43 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Secured | 57,941.00 | 0.00 | 0.00 | 14,873.20 | 0.00 |
| TCF National Bank | Secured | 1,300.00 | 1,115.49 | 1,115.49 | 1,115.49 | 0.00 |
| TCF National Bank | Unsecured | 6,000.95 | 6,847.39 | 6,847.39 | 0.00 | 0.00 |
| TCF National Bank | Secured | 0.00 | 743.66 | 743.66 | 743.66 | 0.00 |
| Timberline Physicians | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| Towne Centre Surgery Center | Unsecured | 211.42 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $14,873.20 | $0.00 |
| Mortgage Arrearage | $1,859.15 | $1,859.15 | $0.00 |
| Debt Secured by Vehicle | $10,425.00 | $4,378.62 | $1,639.28 |
| All Other Secured | $1,902.87 | $254.82 | $837.22 |
| **TOTAL SECURED:** | **$14,187.02** | **$21,365.79** | **$2,476.50** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$119,866.67** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,428.53 |
| Disbursements to Creditors | $23,842.29 |
| **TOTAL DISBURSEMENTS** : | **$31,270.82** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/04/2013 By: /s/ Thomas McDonald
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**